Claims Chart Comparison between U.S. Des. 623806
and
Design Sold as "Neater Pet Brands Slow Feeding Bowl" by
Towerstar Pets LLC

| Des. 623806 | Accused Infringing Product |
|---|---|
| FIG. 1 is a perspective view of a pet feeder bowl showing my new design.<br><br>*Fig.1* |  |
| FIG. 2 is a front elevational view thereof;<br><br>*Fig.2* |  |

**Claims Chart Comparison between U.S. Des. 623806
and
Design Sold as "Neater Pet Brands Slow Feeding Bowl" by
Towerstar Pets LLC**

| Des. 623806 | Accused Infringing Product |
|---|---|

FIG. 3 is a top plan view thereof;

 

FIG 4 is a bottom plan view thereof;

 

## Claims Chart Comparison between U.S. Des. 623806
## and
## Design Sold as "Neater Pet Brands Slow Feeding Bowl" by
## Towerstar Pets LLC

**Des. 623806**                                **Accused Infringing Product**

FIG. 5 is a back, rear perspecitve view thereof.







*Fig. 5*